Case 2:20-mj-01675-DUTY Document 3 Filed 04/16/20 Page 1 of 5 Page ID #:73
Case 2:20-mj-01675-DUTY *SEALED* Document 2 *SEALED* Filed 04/15/20 Page 1 of 5 Page ID #:37
Case 2:20-mj-01675-DUTY *SEALED* Document 1 *SEALED* Filed 04/15/20 Page 1 of 5 Page ID #:32

AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means    ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br><br>Five United States Postal Service parcels intercepted at the Venice Main Post Office on April 13, 2020 | )<br>)<br>)  Case No. 2:20-MJ-01675<br>)<br>)<br>)<br>)<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

Such affidavit(s) or testimony are incorporated herein by reference and attached hereto].

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for ___ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    April 15, 2020    4:46 p.m.     _____
                                                                                                              *Judge's signature*

City and state:    Los Angeles, California       Hon. Jean P. Rosenbluth, U.S. Magistrate Judge
                                                                                                              *Printed name and title*

AUSA:    David R. Friedman x7418

Case 2:20-mj-01675-DUTY Document 3 Filed 04/16/20 Page 2 of 5 Page ID #:74
Case 2:20-mj-01675-DUTY *SEALED* Document 2 *SEALED* Filed 04/15/20 Page 2 of 5 Page ID #:38
Case 2:20-mj-01675-DUTY *SEALED* Document 1-1 *SEALED* Filed 04/15/20 Page 2 of 5 Page ID #:33

AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 2:20-MJ-01675 | Date and time warrant executed: 4/16/20  10:13 AM | Copy of warrant and inventory left with: USPIS |
| Inventory made in the presence of: Jonathan Ramirez U.S. Postal Inspector | | |

Inventory of the property taken and name of any person(s) seized:

Parcels and contents of parcels returned to the mail stream.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/16/20

_____
Executing officer's signature

Rex Castro  U.S. Postal Inspector
*Printed name and title*

Case 2:20-mj-01675-DUTY   Document 3   Filed 04/16/20   Page 3 of 5   Page ID #:75
Case 2:20-mj-01675-DUTY *SEALED*   Document 2 *SEALED*   Filed 04/15/20   Page 3 of 5   Page ID #:39
Case 2:20-mj-01675-DUTY *SEALED*   Document 1 *SEALED*   Filed 04/15/20   Page 3 of 5   Page ID #:34

**ATTACHMENT A**

PARCEL TO BE SEARCHED

    **A.**    **SUBJECT PARCEL 1**

A United States Postal Service Priority Mail parcel bearing label number 9405 5102 0206 1072 9651 34, weighing approximately 5 pounds, postmarked on April 8, 2020 in Westbury, New York, and which bears a typed address label with the following recipient information: "Dajuan Williams, 7742 REDLANDS ST UNIT D3042 PLAYA DEL REY CA 90293-7410;" and with the following sender address information: "Mandy Bruce, 339 POWELLS LN WESTBURY NY 11590-3459."

    **B.**    **SUBJECT PARCEL 2**

A United States Postal Service Priority Mail parcel bearing label number 9405 5102 0206 1071 9913 49, weighing approximately 5 pounds, postmarked on April 7, 2020, in Wake Forest, North Carolina, and which bears a typed address label with the following recipient information: "Dajuan Williams, 7742 REDLANDS ST UNIT D3042 PLAYA DEL REY CA 90293-7410;" and with the following sender address information: "John Monaghan, 1621 SILO RIDGE DR WAKE FOREST NC 27587-6423."

    **C.**    **SUBJECT PARCEL 3**

A United States Postal Service Priority Mail parcel bearing label number 9405 5102 0206 1072 9081 24, weighing approximately 5 pounds, postmarked on April 8, 2020, in Westerville, Ohio, and which bears a typed address label with the following recipient information: "Dajuan Williams, 7742 REDLANDS ST UNIT D3042 PLAYA DEL REY CA 90293-7410;" and with the following sender address

Case 2:20-mj-01675-DUTY   Document 3   Filed 04/16/20   Page 4 of 5   Page ID #:76
Case 2:20-mj-01675-DUTY *SEALED*   Document 2 *SEALED*   Filed 04/15/20   Page 4 of 5   Page ID #:40
Case 2:20-mj-01675-DUTY *SEALED*   Document 1-1 *SEALED*   Filed 04/15/20   Page 4 of 5   Page ID #:35

information: "Duane Neff, 5370 CAMBRIA WAY ~~WETERVILLE~~ Westerville JPR OH 43081-4875."

### D.   SUBJECT PARCEL 4

A United States Postal Service Priority Mail parcel bearing label number 9405 5102 0206 1070 4372 99, weighing approximately 5 pounds, postmarked on April 5, 2020, in Selden, New York, and which bears a typed address label with the following recipient information: "Dajuan Williams, 7742 REDLANDS ST UNIT D3042 PLAYA DEL REY CA 90293-7410;" and with the following sender address information: "gurbuz tashan, 18 COLLEGE RD SELDEN NY 11784."

### E.   SUBJECT PARCEL 5

A United States Postal Service Priority Mail Express parcel bearing label number 9405 5102 0206 1071 9927 97, weighing approximately 5 pounds, postmarked on April 7, 2020, in Jacksonville, Florida, and which bears a typed address label with the following recipient information: "Dajuan Williams, 7742 REDLANDS ST UNIT D3042 PLAYA DEL REY CA 90293-7410;" and with the following sender address information: "aysegul guleryuz, 7681 FAWN LAKE DR S JACKSONVILLE FL 32256-3690."

Case 2:20-mj-01675-DUTY  Document 3  Filed 04/16/20  Page 5 of 5  Page ID #:77
Case 2:20-mj-01675-DUTY *SEALED*  Document 2 *SEALED*  Filed 04/15/20  Page 5 of 5  Page ID #:41
Case 2:20-mj-01675-DUTY *SEALED*  Document 1-1 *SEALED*  Filed 04/15/20  Page 5 of 5  Page ID #:36

**ATTACHMENT B**

ITEMS TO BE SEIZED

The following items are to be seized from the parcel described in Attachment A, which constitute evidence, fruits, and instrumentalities of violations of 21 U.S.C. §§ 841(a)(1) (distribution and possession with intent to distribute a controlled substance) and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance):

    a. Any controlled substances;

    b. Records, receipts, pay-owe sheets, or similar documents related to drug trafficking;

    c. Currency, money orders, bank checks, or similar monetary instruments; and

    d. Packaging material.